IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROSALIND BAYSAH | § | |
| | § | |
| VS. | § | Civil No. 4:23-CV-750-Y |
| | § | |
| WAL-MART, INC. | § | |

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order granting summary judgment, judgment is issued in favor of Wal-Mart, Inc. As a result, Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own respective costs and attorney's fees.

SIGNED November 20, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE